UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

CONNELL FOLEY LLP (JLO6862)
85 Livingston Avenue
Roseland, New Jersey 07068
(973) 535-0500
Attorneys for Defendant, Target Stores, a Division of Target Corporation
  (improperly pleaded as Target Corporation, Target Store 1378)

| | |
|---|---|
| JULIE SILVERMAN,<br><br>    Plaintiff,<br><br>v.<br><br>TARGET CORPORATION,<br>TARGET STORE 1378,<br>JOHN DOES (1-5) Fictitious Names,<br>XYZ CORPS (1-5) Fictitious Names,<br><br>    Defendants. | CIVIL ACTION NO._____<br><br>(HONORABLE _____) |

## NOTICE OF REMOVAL

TO: THE JUDGES OF THE UNITED STATES DISTRICT COURT
   FOR THE DISTRICT OF NEW JERSEY

This Notice of Removal by the defendant, Target Stores, a Division of Target Corporation (improperly pleaded as Target Corporation, Target Store 1378) ("Target"), a Minnesota corporation, with its principal offices in Minneapolis, Minnesota, through its counsel, Connell Foley LLP, in accordance with the provisions of 28 U.S.C. § 1446, respectfully states:

  1.  Target desires to exercise its right under the provisions of 28 U.S.C. § 1441 to remove this action from the Superior Court of New Jersey, Law Division, Monmouth County, where the case is now pending under the name and style, <u>Julie Silverman v. Target Stores Corporation, et al.</u>, bearing Docket No. MON-L-2971-06.

1744893-01

2. A copy of the Complaint filed by plaintiff on or about June 26, 2006, in the Superior Court of New Jersey is attached as Exhibit "A".

3. Target received the Summons and Complaint in this matter at the subject store on or about July 11, 2006.

4. A copy of Target's Answer to the Complaint, also filed separately, is attached as Exhibit "B".

5. This action is removable to this Court by Target pursuant to the provisions of 28 U.S.C. § 1441(a). Target is a Minnesota corporation with its principal place of business in Minneapolis, Minnesota. In accordance with 28 U.S.C. § 1448(a), "the citizenship of defendants sued under fictitious names shall be disregarded."

6. The above described action is one of which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332, in that it is a civil action wherein plaintiff will, upon information and belief, allege that damages exceed the sum or value of $75,000.00, exclusive of interest and costs, and is between citizens of different states.

7. As admitted in the Complaint, plaintiff, at the time its action was commenced, was a citizen of the State of New Jersey residing in Monmouth County.

8. Target, at the time this action was commenced, was and still is a corporation organized under the law of the State of Minnesota, with its principal place of business in Minneapolis, Minnesota.

9. The within Notice of Removal is hereby filed within thirty (30) days of Target's first receipt of proper service of plaintiff's Summons and Complaint. See 28 U.S.C. § 1446(a) and (b).

1744893-01

WHEREFORE, defendant, Target Stores, a Division of Target Corporation, prays that the above action now pending against it in the Superior Court of New Jersey, Monmouth County, be removed to this Court pursuant to 28 U.S.C. § 1441(a), (b) and (c).

CONNELL FOLEY LLP<br>
Attorneys for Defendant,<br>
Target Stores, a Division of Target Corporation<br>
  (improperly pleaded as Target<br>
  Corporation, Target Store 1378)

By _____
         Jeffrey L. O'Hara

Dated: August 10, 2006

## LOCAL CIVIL RULE 11.2

I, Jeffrey L. O'Hara, Esq., hereby certify pursuant to Local Civil Rule 11.2, that the above-captioned matter in controversy is not the subject of any other action pending in any court, or of any pending arbitration or administrative proceeding.

CONNELL FOLEY LLP<br>
Attorneys for Defendant,<br>
Target Stores, a Division of Target Corporation<br>
  (improperly pleaded as Target<br>
  Corporation, Target Store 1378)

By _____
         Jeffrey L. O'Hara

Dated: August 10, 2006

1744893-01

# EXHIBIT A

# CIVIL CASE INFORMATION STATEMENT
## (CIS)

Use for Initial Law Division - Civil Part pleadings (not motions) under Rule 4:5-1.
Pleading will be rejected for filing, under Rule 1:5-6(c), if information above the black bar is not completed or if attorney's signature is not affixed.

**FOR USE BY CLERK'S OFFICE ONLY**
- PAYMENT TYPE: CK   CG   CA
- CHG / CK NO.
- AMOUNT:
- OVERPAYMENT:
- BATCH NUMBER:

| Field | Value |
|---|---|
| ATTORNEY / PRO SE NAME | WILLIAM P. RONNER |
| TELEPHONE NUMBER | (732) 774-7800 |
| COUNTY OF VENUE | MONMOUTH |
| FIRM NAME (if applicable) | |
| DOCKET NUMBER (When available) | L-2971-06 |
| OFFICE ADDRESS | P.O. Box 275, 319 Main Street, Avon, New Jersey 07717 |
| DOCUMENT TYPE | COMPLAINT |
| JURY DEMAND | ☒ YES ☐ NO |
| NAME OF PARTY | JULIE SILVERMAN |
| CAPTION | SILVERMAN v. TARGET CORPORATION, et al. |
| CASE TYPE NUMBER | 605 |
| IS THIS A PROFESSIONAL MALPRACTICE CASE? | ☐ YES ☒ NO |
| RELATED CASES PENDING? | ☐ YES ☒ NO |
| DO YOU ANTICIPATE ADDING ANY PARTIES? | ☐ YES ☒ NO |
| NAME OF DEFENDANT'S PRIMARY INSURANCE COMPANY | SEDGWICK CMS |

**THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE.**

CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

A. DO PARTIES HAVE A CURRENT, PAST OR RECURRENT RELATIONSHIP? ☐ YES ☒ NO
  - IF YES, IS THAT RELATIONSHIP: ☐ EMPLOYER-EMPLOYEE ☐ FRIEND/NEIGHBOR ☐ OTHER ☐ FAMILIAL ☐ BUSINESS

B. DOES THE STATUTE GOVERNING THIS CASE PROVIDE FOR PAYMENT OF FEES BY THE LOSING PARTY? ☐ YES ☒ NO

USE THIS SPACE TO ALERT THE COURT TO ANY SPECIAL CASE CHARACTERISTICS THAT MAY WARRANT INDIVIDUAL MANAGEMENT OR ACCELERATED DISPOSITION:

NONE

DO YOU OR YOUR CLIENT NEED ANY DISABILITY ACCOMMODATIONS? ☐ YES ☒ NO

WILL AN INTERPRETER BE NEEDED? ☐ YES ☒ NO

ATTORNEY SIGNATURE: /s/

Revised July 2001

WILLIAM P. RONNER, ESQUIRE
A PROFESSIONAL CORPORATION
319 MAIN STREET,
P. O. BOX 275,
AVON, NEW JERSEY   07717
(732) 774-7800
ATTORNEY FOR THE PLAINTIFF(S)

|  |  |
|---|---|
| JULIE SILVERMAN,<br><br>               Plaintiff(s),<br>v.<br><br>TARGET CORPORATION,<br>TARGET STORE 1378,<br>GUYS' LIQUOR STORE,<br>JOHN DOES (1-5) FICTITOUS NAMES<br>XYZ CORPS (1-5) FICTITIOUS NAMES<br><br>               Defendant(s) | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION<br>MONMOUTH COUNTY<br><br>Docket No. MON-L-2971-06<br><br>Civil Action<br><br><br><br>**SUMMONS** |

THE STATE OF NEW JERSEY TO THE ABOVE NAMED DEFENDANT(S):

**TARGET CORPORATION**

YOU ARE HEREBY SUMMONED in a Civil Action in the Superior Court of New Jersey, instituted by the above named plaintiff(s), and required to serve upon the attorney(s) for the plaintiff(s) whose name and office address appears above, and answer to the annexed complaint within 35 days after the service of the summons and complaint upon you, exclusive of the day of service.  If you fail to answer, judgment by default may be rendered against you for the relief demanded in the complaint.  You shall promptly file your answer and proof of service thereof with the Clerk of the Superior Court, at P.O. Box 1252, MONMOUTH COUNTY COURTHOUSE, FREEHOLD, NEW JERSEY  07728, in accordance with the rules of civil practice and procedure.

If you cannot afford to pay for an attorney, call a Legal Service Office.  An individual not eligible for free legal assistance may obtain a referral to an attorney by calling the county lawyer referral service. These numbers may be listed in the yellow pages of your phone book or may be obtained by calling the New Jersey State Bar Association Lawyer Referral Service toll free 1-800-792-8315 (within New Jersey) or (609) 394-1101 (from out of state).  The phone numbers for the county in which this action is pending are: Lawyer Referral Service  (732) 431-5544,  Legal Services Office (732) 776-7733.

Dated:  July 6, 2006

/s/ Donald F. Phelan
DONALD F. PHELAN, CLERK
OF THE SUPERIOR COURT

Name of defendant to be served: **TARGET CORPORATION**
Address for service :  **SEAVIEW SQUARE MALL, ROUTE 66,**
                       **OCEAN, NEW JERSEY 07712**

Report # 480379E

WILLIAM P. RONNER, ESQUIRE
A PROFESSIONAL CORPORATION
319 MAIN STREET,
P. O. BOX 275,
AVON, NEW JERSEY 07717
(732) 774-7800
ATTORNEY FOR THE PLAINTIFF(S)

KK

RECEIVED ON

JUL 14 2006

FORWARDED TO DP
ded 11/18/05

JULIE SILVERMAN,

    Plaintiff(s),

v.

TARGET CORPORATION,
TARGET STORE 1378,
GUYS' LIQUOR STORE,
JOHN DOES (1-5) FICTITOUS NAMES
XYZ CORPS (1-5) FICTITIOUS NAMES

    Defendant(s)

: SUPERIOR COURT OF NEW JERSEY
  LAW DIVISION
: MONMOUTH COUNTY

: Docket No. MON-L-2971-06

: Civil Action

*SUMMONS*

THE STATE OF NEW JERSEY TO THE ABOVE NAMED DEFENDANT(S):

**TARGET STORE 1378**

    YOU ARE HEREBY SUMMONED in a Civil Action in the Superior Court of New Jersey, instituted by the above named plaintiff(s), and required to serve upon the attorney(s) for the plaintiff(s) whose name and office address appears above, and answer to the annexed complaint within 35 days after the service of the summons and complaint upon you, exclusive of the day of service. If you fail to answer, judgment by default may be rendered against you for the relief demanded in the complaint. You shall promptly file your answer and proof of service thereof with the Clerk of the Superior Court, at P.O. Box 1252, MONMOUTH COUNTY COURTHOUSE, FREEHOLD, NEW JERSEY 07728, in accordance with the rules of civil practice and procedure.

    If you cannot afford to pay for an attorney, call a Legal Service Office. An individual not eligible for free legal assistance may obtain a referral to an attorney by calling the county lawyer referral service. These numbers may be listed in the yellow pages of your phone book or may be obtained by calling the New Jersey State Bar Association Lawyer Referral Service toll free 1-800-792-8315 (within New Jersey) or (609) 394-1101 (from out of state). The phone numbers for the county in which this action is pending are: Lawyer Referral Service (732) 431-5544, Legal Services Office (732) 776-7733.

Dated: July 6, 2006

/S/ Donald F. Phelan
DONALD F. PHELAN, CLERK
OF THE SUPERIOR COURT

Name of defendant to be served: **TARGET STORE 1378**
Address for service : **SEAVIEW SQUARE MALL, ROUTE 66,**
    **OCEAN, NEW JERSEY 07712**

WILLIAM P. RONNER, ESQ.
A PROFESSIONAL CORPORATION
319 MAIN STREET
P.O. BOX 275
AVON, NEW JERSEY 07717
(732) 774-7800
ATTORNEY FOR PLAINTIFF(S)



SUPERIOR COURT OF NEW JERSEY
MONMOUTH VICINAGE

JUN 26 2006

FILED
CIVIL DIVISION

---

JULIE SILVERMAN,

    Plaintiff(s)

v.

TARGET CORPORATION,
TARGET STORE 1378,
JOHN DOES (1-5) Fictitious Names,
XYZ CORPS (1-5) Fictitious Names,

    Defendants,

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION
MONMOUTH COUNTY

DOCKET NO.: L-2971-06

Civil Action

COMPLAINT, DEMAND FOR ANSWERS
TO INTERROGATORIES, DEMAND FOR
PRODUCTION OF DOCUMENTS, DEMAND
FOR INSURANCE COVERAGE, DEMAND
FOR CLIENT'S STATEMENTS, JURY
DEMAND, TRIAL COUNSEL
DESIGNATION

---

Plaintiff, **Julie Silverman**, residing at 705 Greens Avenue, City of Long Branch, County of Monmouth, State of New Jersey, by way of Complaint, says:

### FIRST COUNT

1. On or about July 2, 2004 plaintiff, **Julie Silverman**, was a business invitee on the property owned and/or operated and/or leased and/or constructed and/or maintained by the defendants, **Target Corporation**, located at 2331 State Route 66 in the Township of Ocean, County of Monmouth, State of New Jersey.

2. On or about July 2, 2004 plaintiff, **Julie Silverman**, was a business invitee on the property owned and/or operated and/or leased and/or constructed and/or maintained by the defendants **Target Store 1378**, located at 2331 State Route 66 in the Township of Ocean, County of Monmouth, State of New Jersey.

3. At all times mentioned hereinafter, defendants John Does 1 to 5 and XYZ Corporations 1 to 5 owned and/or operated and/or leased and/or constructed the property located at 2331 State Route 66 in the Township of Ocean, County of Monmouth, State of New Jersey.

4. At said time and place, plaintiff, **Julie Silverman**, was on the property of said defendants, and was caused to fall due to the negligence of the defendants and/or their agents, servants, representatives and employees.

5. Defendants were negligent in that they:
   a. Did not keep the premises in a safe condition;
   b. Did not exercise the proper care;
   c. Caused a dangerous and hazardous condition to exist;
   d. Allowed a nuisance to exist;
   e. Failed to provide proper safeguard and/or warnings on their property;
   f. Failed to provide proper, safe and clear access for persons allowed and invited to use the property;
   g. And were otherwise negligent in the premises.

6. As a direct and proximate result of the aforesaid negligence of the defendants, the plaintiff, **Julie Silverman** has sustained bodily injuries resulting in a permanent. Further, plaintiff has incurred and in the future will incur expenses for the treatment of said injuries, has been disabled and in the future will be disabled and unable to perform usual functions, has been caused and in the future will be caused great pain and suffering, to great loss and damage.

**WHEREFORE**, Plaintiff, demands judgment against the defendants for damages and costs of suit.

### JURY DEMAND

The Plaintiff hereby demands a trial by jury.

3. At all times mentioned hereinafter, defendants John Does 1 to 5 and XYZ Corporations 1 to 5 owned and/or operated and/or leased and/or constructed the property located at 2331 State Route 66 in the Township of Ocean, County of Monmouth, State of New Jersey.

4. At said time and place, plaintiff, **Julie Silverman**, was on the property of said defendants, and was caused to fall due to the negligence of the defendants and/or their agents, servants, representatives and employees.

5. Defendants were negligent in that they:
   a. Did not keep the premises in a safe condition;
   b. Did not exercise the proper care;
   c. Caused a dangerous and hazardous condition to exist;
   d. Allowed a nuisance to exist;
   e. Failed to provide proper safeguard and/or warnings on their property;
   f. Failed to provide proper, safe and clear access for persons allowed and invited to use the property;
   g. And were otherwise negligent in the premises.

6. As a direct and proximate result of the aforesaid negligence of the defendants, the plaintiff, **Julie Silverman** has sustained bodily injuries resulting in a permanent. Further, plaintiff has incurred and in the future will incur expenses for the treatment of said injuries, has been disabled and in the future will be disabled and unable to perform usual functions, has been caused and in the future will be caused great pain and suffering, to great loss and damage.

WHEREFORE, Plaintiff, demands judgment against the defendants for damages and costs of suit.

## JURY DEMAND

The Plaintiff hereby demands a trial by jury.

**EXHIBIT B**

# CIVIL COVER SHEET

The JS44 Civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law except as provided by local rules of court. This form approved by the Judicial Conference of the United States in September 1974 is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM)

## I.(a) PLAINTIFFS
Julie Silverman

## DEFENDANTS
Target Stores, a Division of Target Corporation

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF:**
EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT:
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRST NAME, ADDRESS, AND TELEPHONE NUMBER)**

William P. Ronner, Esq.
319 Main Street
P.O. Box 275
Avon, New Jersey 07717

**ATTORNEYS (IF KNOWN)**

Jeffrey L. O'Hara, Esq.
Connell Foley LLP
85 Livingston Avenue
Roseland, New Jersey 07068
973-535-0500

## II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)
(PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☒5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

## IV. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

28 U.S.C. 1441. Plaintiff was purportedly injured at department store.

## V. NATURE OF SUIT (PLACE AN x IN ONE BOX ONLY)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicate Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability

**TORTS - PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☒ 360 Other Personal Injury

**TORTS - PERSONAL INJURY**
- ☐ 362 Personal Injury- Medical Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage - Product Liability

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**OTHER STATUES**
- ☐ 400 State Reappointment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commercial/ICC Rates/etc.
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitution of State Statutes
- ☐ 890 Other Statutory Actions

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to vacate Sentence Habeas Corpus
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor Management Relations
- ☐ 730 Labor/Management Reporting & Disclosure Act
- ☐ 740 Family Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS - Third Party 28 USC 7609

## VI. ORIGIN (PLACE AN x IN ONE BOX ONLY)
- ☐ 1. Original Proceeding
- ☒ 2. Removed from State Court
- ☐ 3. Remanded from Appellate Division
- ☐ 4. Reinstated or Reopened
- ☐ 5. Transferred from another district (specify)
- ☐ 6. Multidistrict Litigation
- ☐ 7. Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $
Check YES only if demanded in complaint:
JURY DEMAND ☒ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY: (See instructions)
JUDGE:    DOCKET NUMBER:

DATE: August 10, 2006

SIGNATURE OF ATTORNEY OF RECORD: Jeffrey L. O'Hara, Esq.

UNITED STATES DISTRICT COURT

1744876-01

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

CONNELL FOLEY LLP (JLO6862)
85 Livingston Avenue
Roseland, New Jersey 07068
(973) 535-0500
Attorneys for Defendant, Target Stores, a Division of Target Corporation
(improperly pleaded as Target Corporation, Target Store 1378)

| | |
|---|---|
| JULIE SILVERMAN,<br><br>    Plaintiff,<br><br>v.<br><br>TARGET CORPORATION,<br>TARGET STORE 1378,<br>JOHN DOES (1-5) Fictitious Names,<br>XYZ CORPS (1-5) Fictitious Names,<br><br>    Defendants. | CIVIL ACTION NO. L-2971-06<br><br>**ANSWER TO COMPLAINT, SEPARATE DEFENSES, REQUEST FOR STATEMENT OF DAMAGES, JURY DEMAND, DESIGNATION OF TRIAL COUNSEL AND CERTIFICATION** |

  Defendant, Target Stores, a Division of Target Corporation, ("Target"), (improperly pleaded as Target Corporation, Target Store 1378), by way of Answer to the allegations set forth in Plaintiff's Complaint hereby says:

## FIRST COUNT

  1. Target lacks sufficient knowledge as to the allegations set forth in Paragraph 1 of the First Count of the Complaint on which to form a basis to admit or deny those allegations and therefore no response is interposed thereto. Target admits it owns the building but leases the land on which Target Store No. T1378 is located in Ocean Township, New Jersey from Starwood Heller Searview LLC.

  2. Target lacks sufficient knowledge as to the allegations set forth in Paragraph 2 of the First Count of the Complaint on which to form a basis to admit or deny those allegations and therefore no response is interposed thereto. Target admits it owns the building but leases the

1744805-01

land on which Target Store No. T1378 is located in Ocean Township, New Jersey from Starwood Heller Searview LLC.

3. The allegations of Paragraph 3 of the First Count of the Complaint do not apply to Target but to the extent that they are deemed to apply they are denied.

4. Target denies the allegations set forth in Paragraph 4 of the First Count of the Complaint.

5. Target denies the allegations set forth in Paragraph 5 of the First Count of the Complaint.

6. Target denies the allegations set forth in Paragraph 6 of the First Count of the Complaint.

### FIRST SEPARATE DEFENSE

Upon information and belief, plaintiff's Complaint fails to state a cause of action against Target upon which relief may be granted.

### SECOND SEPARATE DEFENSE

Upon information and belief, plaintiff's Complaint fails to set forth any facts which are sufficient to support a claim of negligence as to Target.

### THIRD SEPARATE DEFENSE

Upon information and belief, the injuries about which plaintiff complains were not proximately caused by any authorized actions by Target and/or its employees, agents, servants or representatives.

## FOURTH SEPARATE DEFENSE

Upon information and belief, plaintiff's right to recover damages is either barred or diminished by plaintiff's actions under the doctrine of comparative negligence.

## FIFTH SEPARATE DEFENSE

Upon information and belief, plaintiff's injuries were caused by third parties over whom Target had no control.

## SIXTH SEPARATE DEFENSE

Upon information and belief, Target breached no duty owed or owing to plaintiff at all relevant times.

## RESERVATION OF COUNTERCLAIM UNDER N.J.S.A. 2A:15-59.1 AND/OR R. 11

Target hereby asserts that an award of counsel fees and costs may be sought at the appropriate time due to the frivolous nature of this action.

## REQUEST FOR STATEMENT OF DAMAGES

Kindly provide the undersigned, within five days after service of this demand, with a written statement of the amount of damages claimed in this action.

## JURY DEMAND

Target hereby demands a trial by jury.

## DESIGNATION OF TRIAL COUNSEL

Pursuant to the Rules of Court, Target hereby designates Jeffrey L. O'Hara and Connell Foley LLP as trial counsel in this matter.

## LOCAL CIVIL RULE 11.2

I, Jeffrey L. O'Hara, hereby certify pursuant to Local Civil Rule 11.2, that the above-captioned matter in controversy is not the subject of any other action pending in any court, or of any pending arbitration or administrative proceeding.

CONNELL FOLEY LLP

By: _____
Jeffrey L. O'Hara
Attorneys for Defendant,
Target Stores, a Division
of Target Corporation

Dated: August 10, 2006